

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2015

No. 04-15-00365-CV

Raul (Roy) **MORALES**,
Appellant

v.

Rudy **SEGURA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-12-1070-CVA
Honorable David Peeples, Judge Presiding

## O R D E R

The reporter's record was due on June 22, 2015. The court reporter responsible for preparing the reporter's record filed a notification of late record stating that appellant had failed to designate and pay for, or make payment arrangements for, the preparation of the reporter's record. On June 24, 2015, we ordered appellant to provide written proof that the reporter's record had been requested and that payment, or payment arrangements, had been made with the court reporter. Appellant timely submitted written proof of payment. Accordingly, it is ORDERED that the reporter's record is **due no later than ten (10) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court